19 F.3d 11
 NOTICE: Fourth Circuit I.O.P. 36.6 states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
Tyrone Hiawatha LEE, Plaintiff Appellant,
v.
Edward W. MURRAY; R. Doe Riddle; Gary G. Wagner; Richard
A. Young, Defendants Appellees.
 No. 93-7159.
 United States Court of Appeals, Fourth Circuit.
 Submitted: January 20, 1994.
Decided: February 24, 1994.
 
 Appeal from the United States District Court for the Western District of Virginia, at Roanoke. Samuel G. Wilson, District Judge. (CA-92-33-R).
 Tyrone Hiawatha Lee, Appellant Pro Se.
 Pamela Anne Sargent, Assistant Attorney General, William Rundahl Coleman, Office of the Attorney General of Virginia, Richmond, Virginia, for Appellees.
 W.D.Va.
 AFFIRMED.
 Before WIDENER, WILKINS, and HAMILTON, Circuit Judges.
 PER CURIAM:
 
 
 1
 Appellant appeals from the district court's order denying relief on his 42 U.S.C. Sec. 1983 (1988) complaint. Our review of the record and the district court's opinion accepting the recommendation of the magistrate judge discloses that this appeal is without merit. Accordingly, we affirm on the reasoning of the district court.* Lee v. Murray, No. CA-92-33-R (W.D. Va. Sept. 30, 1993). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.
 
 AFFIRMED
 
 
 *
 Lee's motion for "Transmittal of Transcript" is denied